# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

Matis Nayman,

        Plaintiff(s),

    v.

James Taylor, et al.,

        Defendant(s).

Case No. 3:22-cv-11168-RHC-KGA

Hon. Robert H. Cleland

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Plaintiff Matis Nayman, by and through his undersigned counsel, hereby

voluntarily dismisses this action without prejudice pursuant to Fed. R. Civ. P.

41(a)(1)(A)(i).

Dated: October 25, 2022

Respectfully submitted,

*/s/ E. Powell Miller*
E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
**THE MILLER LAW FIRM, P.C.**
950 West University Drive
Rochester, MI 48307
Telephone" (248) 841-2200
epm@millerlawpc.com
ssa@millerlawpc.com

David C. Katz
Mark D. Smilow
Joshua M. Rubin
**WEISS LAW**

305 Broadway, 7th FI
New York, NY 10007
Telephone: (212) 682-3025
Facsimile: (212) 682-3010
dkatz@weisslawllp.com
msmilow@weisslawllp.com
jrubin@weisslawllp.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2022, I electronically filed the foregoing

documents using the Court's electronic filing system, which will notify all counsel

of record authorized to receive such filings.

/s/ *E. Powell Miller*
E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
epm@millerlawpc.com